UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In Re: COREY W. BULLITT                                                                Case No:
    MARSHA Y. RICHARDSON-BULLITT                                    18-31705

### CHAPTER 13 TRUSTEE'S MOTION FOR A STATUS CONFERENCE

    Comes the Chapter 13 Trustee, William W. Lawrence, pursuant to 11 U.S.C. 105(d), and moves the Court to set a status conference in this case. This status conference is necessary to further the expeditious and economical resolution of this confirmed Chapter 13 case. In support of this Motion, the Chapter13 Trustee states that the purpose of this status conference is the following:

  attorney needs to provide good address on 2003 Mercedes NCF

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court set a Status Conference in this case.

/s/William W. Lawrence
William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202